IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MARK EDWARD NIETERS,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDON HOLTON, DANA WINGERT, CITY OF DES MOINES,<br><br>    Defendants. | CASE NO. 4:21-CV-0042<br><br><br>ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND |

COMES NOW undersigned counsel, and hereby files this Answer, Affirmative Defenses, and Jury Demand on behalf of Defendants, Brandon Holton, Dana Wingert and City of Des Moines, Iowa, and states the following:

## PARTIES

1.  Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 1. Those allegations are therefore denied.

2.  Defendants admit to the allegations contained in paragraph 2.

3.  Defendants admit to the allegations contained in paragraph 3.

4.  Defendants admit to the allegations contained in paragraph 4.

## JURISDICTION AND VENUE

5.  Defendants admit to the allegations contained in paragraph 5.

6.  Defendants admit to the allegations contained in paragraph 6.

7.  Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 7. Those allegations are therefore denied.

## GENERAL FACTUAL ALLEGATIONS

8. Defendants admit to the allegations contained in paragraph 8.

9. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 9. Those allegations are therefore denied.

10. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 10. Those allegations are therefore denied.

11. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 11. Those allegations are therefore denied.

12. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 12. Those allegations are therefore denied.

13. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 13. Those allegations are therefore denied.

14. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 14. Those allegations are therefore denied.

15. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 15. Those allegations are therefore denied.

16. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 16. Those allegations are therefore denied.

17. Defendants deny the allegations contained in paragraph 17.

18. Defendants admit to the allegations contained in paragraph 18.

19. Defendants deny the allegations contained in paragraph 19 to the extent that any of these methods were used with regard to protesters; at this point the group was made up of people engaged in violent, destructive and/or illegal acts.

20. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 20. Those allegations are therefore denied.

21. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 21. Those allegations are therefore denied.

22. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 22. Those allegations are therefore denied.

23. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 23. Those allegations are therefore denied.

24. Defendants deny the allegations contained in paragraph 24.

25. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 25. Those allegations are therefore denied.

26. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 26. Those allegations are therefore denied.

27. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 27. Those allegations are therefore denied.

28. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 28. Those allegations are therefore denied.

29. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 29. Those allegations are therefore denied.

30. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 30. Those allegations are therefore denied.

31. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 31. Those allegations are therefore denied.

32. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 32. Those allegations are therefore denied.

33. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 33. Those allegations are therefore denied.

34. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 34. Those allegations are therefore denied.

35. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 35. Those allegations are therefore denied.

36. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 36. Those allegations are therefore denied.

37. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 37. Those allegations are therefore denied.

38. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 38. Those allegations are therefore denied.

39. Defendants deny the allegations contained in paragraph 39.

40. Defendants deny the allegations contained in paragraph 40.

41. Defendants deny the allegations contained in paragraph 41.

42. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 42. Those allegations are therefore denied.

43. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 43. Those allegations are therefore denied.

44. Defendants deny the allegations contained in paragraph 44.

45. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 45. Those allegations are therefore denied.

46. Defendants admit to the allegations contained in paragraph 46.

47. Defendants admit to the allegations contained in paragraph 47.

48. Defendants admit to the allegations contained in paragraph 48.

49. Defendants deny the allegations contained in paragraph 49.

50. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 50. Those allegations are therefore denied.

51. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 51. Those allegations are therefore denied.

52. Defendants admit to the allegations contained in paragraph 52.

53. Defendants deny the allegations contained in paragraph 53.

54. Defendants admit to the allegations contained in paragraph 54.

55. Defendants admit to the allegations contained in paragraph 55.

56. Defendants admit to the allegations contained in paragraph 56.

57. Defendants deny the allegations contained in paragraph 57 to the extent this characterizes the circumstances herein.

58. Defendants deny the allegations contained in paragraph 58 to the extent this characterizes the circumstances herein.

59. Defendants deny the allegations contained in paragraph 59 to the extent this characterizes the circumstances herein.

60. Defendants deny the allegations contained in paragraph 60 to the extent this characterizes the circumstances herein.

61. Defendants deny the allegations contained in paragraph 61 to the extent this characterizes the circumstances herein.

62. Defendants deny the allegations contained in paragraph 62.

63. Defendants deny the allegations contained in paragraph 63.

64. Defendants deny the allegations contained in paragraph 64.

65. Defendants deny the allegations contained in paragraph 65.

66. Defendants deny the allegations contained in paragraph 66.

67. Defendants deny the allegations contained in paragraph 67.

68. Defendants deny the allegations contained in paragraph 68.

69. Defendants deny the allegations contained in paragraph 69.

70. Defendants deny the allegations contained in paragraph 70.

71. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 71. Those allegations are therefore denied.

72. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 72. Those allegations are therefore denied.

## CAUSE OF ACTION

### COUNT 1
### ILLEGAL SEIZURE
### CIVIL RIGHTS VIOLATION UNDER 42 U.S.C. § 1983
### VIOLATION OF 4th AMENDMENT TO THE UNITED STATES CONSTITUTION
### (Against Defendant Holton, Individually)

73. Defendants replead the foregoing paragraphs 1 through 72 by reference, as if fully set forth herein.

74. Defendants deny the allegations contained in paragraph 74.

75. Defendants deny the allegations contained in paragraph 75.

76. Defendants deny the allegations contained in paragraph 76

77. Defendants deny the allegations contained in paragraph 77.

## COUNT 2
## ILLEGAL SEIZURE
## CIVIL RIGHTS VIOLATION OF ARTICLE I, § 8 OF THE IOWA CONSTITUTION
(Against Defendant Holton, Individually)

78. Defendants replead the foregoing paragraphs 1 through 77 by reference, as if fully set forth herein.

79. Defendants deny the allegations contained in paragraph 79.

80. Defendants deny the allegations contained in paragraph 80.

81. Defendants deny the allegations contained in paragraph 81.

82. Defendants deny the allegations contained in paragraph 82.

83. Defendants deny the allegations contained in paragraph 83.

## COUNT 3
## EXCESSIVE FORCE
## CIVIL RIGHTS VIOLATION UNDER 42 U.S.C. § 1983
## VIOLATION OF 4th AMENDMENT TO THE UNITED STATES CONSTITUTION
(Against Defendant Holton, Individually)

84. Defendants replead the foregoing paragraphs 1 through 83 by reference, as if fully set forth herein.

85. Defendants deny the allegations contained in paragraph 85.

86. Defendants deny the allegations contained in paragraph 86.

87. Defendants deny the allegations contained in paragraph 87.

88. Defendants deny the allegations contained in paragraph 88.

89. Defendants deny the allegations contained in paragraph 89.

## COUNT 4
## EXCESSIVE FORCE
## CIVIL RIGHTS VIOLATION OF ARTICLE I, § 8 OF THE IOWA CONSTITUTION
### (Against Defendant Holton, Individually)

90. Defendants replead the foregoing paragraphs 1 through 89 by reference, as if fully set forth herein.

91. Defendants deny the allegations contained in paragraph 91.

92. Defendants deny the allegations contained in paragraph 92.

93. Defendants deny the allegations contained in paragraph 93.

94. Defendants deny the allegations contained in paragraph 94.

95. Defendants deny the allegations contained in paragraph 95.

## COUNT 5
## EXCESSIVE FORCE
## CIVIL RIGHTS VIOLATION UNDER 42 U.S.C. § 1983
## VIOLATION OF 1st AMENDMENT TO THE UNITED STATES CONSTITUTION
### (Against Defendant Holton, Individually)

96. Defendants replead the foregoing paragraphs 1 through 95 by reference, as if fully set forth herein.

97. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 97. Those allegations are therefore denied.

98. Defendants deny the allegations contained in paragraph 98 to the extent that this reflects the circumstances of the case herein.

99. Defendants deny the allegations contained in paragraph 99.

100. Defendants deny the allegations contained in paragraph 100.

101. Defendants deny the allegations contained in paragraph 101.

102. Defendants deny the allegations contained in paragraph 102.

103. Defendants deny the allegations contained in paragraph 103.

104. Defendants deny the allegations contained in paragraph 104.

105. Defendants deny the allegations contained in paragraph 105.

## COUNT 6
## RETALIATION
## CIVIL RIGHTS VIOLATION OF ARTICLE I, § 7 OF THE IOWA CONSTITUTION
**(Against Defendant Holton, Individually)**

106. Defendants replead the foregoing paragraphs 1 through 105 by reference, as if fully set forth herein.

107. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 107. Those allegations are therefore denied.

108. Defendants deny the allegations contained in paragraph 108.

109. Defendants deny the allegations contained in paragraph 109.

110. Defendants deny the allegations contained in paragraph 110.

111. Defendants deny the allegations contained in paragraph 111.

112. Defendants deny the allegations contained in paragraph 112.

113. Defendants deny the allegations contained in paragraph 113.

114. Defendants deny the allegations contained in paragraph 114.

115. Defendants deny the allegations contained in paragraph 115.

## COUNT 7
## DELIBERATELY INDIFFERENT POLICIES, PRACTICES,
## CUSTOMS, TRAINING AND SUPERVISION
## CIVIL RIGHTS VIOLATION UNDER 42 U.S.C. § 1983
## VIOLATION OF 1st, 4$^{th,}$ 5th & 14th AMENDMENTS TO
## THE UNITED STATES CONSTITUION
**(Against Defendant Wingert, Individually, and the City of Des Moines, Iowa)**

116. Defendants replead the foregoing paragraphs 1 through 115 by reference, as if fully set forth herein.

117. Defendants admit to the allegations contained in paragraph 117.

118. Defendants admit to the allegations contained in paragraph 118.

119. Defendants admit to the allegations contained in paragraph 119.

120. Defendants deny the allegations contained in paragraph 120.

63. Defendants deny the allegations contained in paragraph 63.

121. Defendants deny the allegations contained in paragraph 121.

122. Defendants deny the allegations contained in paragraph 122.

123. Defendants deny the allegations contained in paragraph 123.

124. Defendants deny the allegations contained in paragraph 124.

**COUNT 8**
**DELIBERATELY INDIFFERENT POLICIES, PRACTICES,**
**CUSTOMS, TRAINING AND SUPERVISION**
**CIVIL RIGHTS VIOLATION PURSUANT TO**
**ARTICLE I, §§ 6, 7 & 8 OF THE IOWA CONSTITUION**
**(Against Defendant Wingert, Individually, and the City of Des Moines, Iowa)**

125. Defendants replead the foregoing paragraphs 1 through 124 by reference, as if fully set forth herein.

126. Defendants admit to the allegations contained in paragraph 126.

127. Defendants admit to the allegations contained in paragraph 127.

128. Defendants admit to the allegations contained in paragraph 128.

129. Defendants deny the allegations contained in paragraph 129.

130. Defendants deny the allegations contained in paragraph 130.

131. Defendants deny the allegations contained in paragraph 131.

132. Defendants deny the allegations contained in paragraph 132.

133. Defendants deny the allegations contained in paragraph 133.

134. Defendants deny the allegations contained in paragraph 134.

135. Defendants deny the allegations contained in paragraph 135.

### COUNT 9
### MALIICIOUS PROSECUTION
**(Against Defendant Holton, Individually)**

136. Defendants replead the foregoing paragraphs 1 through 135 by reference, as fully set forth herein.

137. Defendants deny the allegations contained in paragraph 137 to the extent of the term "instigated"; it was the Plaintiff's actions that instigated the sought-after charges.

138. Defendants admit the allegations contained in paragraph 138.

139. Defendants deny the allegation contained in paragraph 139.

140. Defendants deny the allegations contained in paragraph 140.

141. Defendants deny the allegations contained in paragraph 141.

### COUNT 10
### FALASE ARREST / IMPRISONMENT
**(Against Defendant Holton, Individually)**

142. Defendants replead the foregoing paragraphs 1 through 141 by reference, as fully set forth herein.

143. Defendants admit the allegations contained in paragraph 143.

144. Defendants deny the allegations contained in paragraph 144.

145. Defendants deny the allegations contained in paragraph 145.

## COUNT 11
## ASSAULT AND BATTERY
### (Against Defendant Holton)

146. Defendants replead the foregoing paragraphs 1 through 145 by reference, as fully set forth herein.

147. Defendants deny the allegations contained in paragraph 147.

148. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 148. Those allegations are therefore denied.

149. Defendants deny the allegations contained in paragraph 149.

150. Defendants deny the allegations contained in paragraph 150.

151. Defendants deny the allegations contained in paragraph 151.

152. Defendants deny the allegations contained in paragraph 152.

## COUNT 12
## LIBEL
### (Against Defendant Holton)

153. Defendants deny the allegations contained in paragraph 153.

154. Defendants deny the allegations contained in paragraph 154.

155. Defendants deny the allegations contained in paragraph 155.

156. Defendants deny the allegations contained in paragraph 156.

157. Defendants deny the allegations contained in paragraph 157.

## **AFFIRMATIVE DEFENSES**

COME NOW Defendants and for their affirmative defenses, set forth the following:

1. Plaintiffs have failed to state a claim upon which relief may be granted.

2. Defendants are not liable under 42 U.S.C. § 1983 because their actions were constitutional.

3. The actions of Defendants were, at all times, justified, necessary, carried out in good faith and with sufficient legal cause, and in conformity with settled principles of constitutional or other law.

4. Defendants have not violated any of the Plaintiff's First, Fourth Fifth, or Fourteenth Amendment rights.

5. Defendants have not violated any of the Plaintiff's rights under the Iowa Constitution.

6. There was probable cause for Plaintiff's arrest.

7. Defendants did not engage in excessive force, malicious prosecution, false arrest or assault and battery.

8. Defendants at all times were motivated with neither an evil intent or motive, nor a reckless or callous indifference, toward any of Plaintiff's rights.

9. Defendant City of Des Moines is not liable in respondeat superior, nor in a *Monell* capacity.

10. Defendant City of Des Moines cannot be found liable for punitive damages.

11. The Defendants are immune pursuant to Iowa Code Chapter 670.

12. The individual Defendants have qualified immunity.

13. Plaintiff's fault exceeds the fault of the Defendant and bars any recovery pursuant to Iowa Code Chapter 668.

14. The Plaintiff's fault must be compared with the fault of the Defendant', if any, and the Plaintiffs' award must be reduced or eliminated by the percentage of fault pursuant to Iowa Code Chapter 668.

15. Any damages incurred by Plaintiff as alleged were the result of Plaintiff's own intentional conduct and Plaintiff is therefore barred from recovery.

16. The Defendants reserve the right to supplement affirmative defenses as discovery continues in this case.

## JURY DEMAND

COMES NOW the Defendants and demand trial by jury on all claims to which it is entitled by law.

Respectfully submitted,

/s/ *Michelle R. Mackel-Wiederanders*
Michelle R. Mackel-Wiederanders    AT0004790
Assistant City Attorney
400 Robert D. Ray Drive
Des Moines, IA  50309-1891
Telephone: (515) 283-4537
Facsimile: (515) 237-1748
E-Mail:  mrmackel@dmgov.org
ATTORNEY FOR DEFENDANTS