# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 06, 2023

Ms. Michelle Mackel-Wiederanders
CITY ATTORNEY'S OFFICE
Legal Department
City Hall
400 Robert D. Ray Drive
Des Moines, IA  50309-0000

    RE:  22-2600  Mark Nieters v. Brandon Holtan, et al

Dear Counsel:

    Please find attached the revised caption for the above referenced case. Appellee Brandon Holton has been modified to reflect Brandon Holtan.

                          Michael E. Gans
                          Clerk of Court

CJO

Enclosure(s)

cc:    Mr. Clerk, U.S. District Court, Southern Iowa
       Ms. Jessica M. Donels
       Ms. Gina Messamer

      District Court/Agency Case Number(s):  4:21-cv-00042-RGE