# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 9, 2024

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

    Re:  Brandon Holtan, et al.
           v. Mark Edward Nieters
           No. 23-860
           (Your No. 22-2600)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 7, 2024 and placed on the docket February 9, 2024 as No. 23-860.

                       Sincerely,

                       **Scott S. Harris**, Clerk

                       by

                       Susan Frimpong
                       Case Analyst