UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN IOWA
CENTRAL DIVISION

| | |
|---|---|
| MARK EDWARD NIETERS, | 4:21-CV-00042-RGE-HCA |
| Plaintiff, | |
| vs. | ORDER GRANTING IN PART MOTION FOR PROTECTIVE ORDER |
| BRANDON HOLTAN, DANA WINGERT, and CITY OF DES MOINES, | |
| Defendants. | |

Defendants filed a motion for protective order asserting internal investigative personnel records are confidential and should not be used for any purpose other than this case. ECF No. 93. Plaintiff argues defendants have not met their burden under Federal Rule of Civil Procedure 26 and adds that some of the underlying facts have already been publicized. ECF No. 94.

The final pretrial conference is set for July 2, 2024. Given the immediacy of this date and because the Court has not been provided the underlying records, the Court rules as follows:

The internal investigative personnel records shall be treated as confidential, in accordance with defendants' proposed protective order, ECF No. 93-1, until further order of the Court.[1] By **no later than 12:00 p.m. on June 27**, the internal investigative personnel records shall be sent by email to Judge Ebinger for in camera review. The parties shall be prepared to discuss the documents at the final pretrial conference.

IT IS SO ORDERED.

DATED June 26, 2024.

Helen C. Adams
U.S. Magistrate Judge

---

[1] This Order treats the proposed protective order as a way by which the parties can temporarily designate the records as confidential. The Court has not signed and will not issue the protective order at this juncture.