**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| MARK EDWARD NIETERS,<br><br>　　Plaintiff,<br><br>vs.<br><br>BRANDON HOLTON,<br><br>　　Defendant. | Case No. 4:21-cv-00042-RGE-HCA<br><br><br>**PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(ii)** |

**COME NOW** the Plaintiff and hereby voluntarily dismisses all remaining state tort claims, with prejudice against Defendant, without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii). Plaintiff accordingly dismisses Counts 9 (Malicious Prosecution), 10 (False Arrest), 11 (Battery), and 12 (Libel). Plaintiff continues to maintain his federal constitutional claims and will proceed to trial on Count 1 (Illegal Seizure) and Count 3 (Excessive Force).

　　　　　　　　　　　　　**PARRISH KRUIDENIER, L.L.P.**

　　　　　　　　　　　　　By: _/s/ Gina Messamer_
　　　　　　　　　　　　　　　Gina Messamer　　　　AT0011823
　　　　　　　　　　　　　　　2910 Grand Avenue
　　　　　　　　　　　　　　　Des Moines, Iowa 50312
　　　　　　　　　　　　　　　Telephone: (515) 284-5737
　　　　　　　　　　　　　　　Facsimile: (515) 284-1704
　　　　　　　　　　　　　　　Email: gmessamer@parrishlaw.com
　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

## DEFENDANTS' STIPULATION

**COME NOW**, the Defendant, by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal of Count 14 with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).

By: */s/ Michelle Mackel-Wiederanders*
Michelle Mackel-Wiederanders AT0004790
DES MOINES CITY ATTORNEY
400 ROBERT D. RAY DRIVE
DES MOINES, IA 50309-1891
515-283-4537
Fax: 515-237-1748
Email: mrmackel@dmgov.org

Luke DeSmet
DES MOINES CITY ATTORNEY
400 ROBERT D. RAY DRIVE
DES MOINES, IA 50309-1891
515-283-4110
Fax: 515-237-1748
Email: lmdesmet@dmgov.org

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 12, 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically on the attorneys of record.

By: */s/ Gina Messamer*