IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MARK EDWARD NIETERS,<br><br>  Plaintiff,<br><br>v.<br><br>BRANDON HOLTAN,<br><br>  Defendant. | No. 4:21-cv-00042-RGE-HCA<br><br>ORDER SETTING<br>SHOW CAUSE HEARING |

Now before the Court is Defendant Brandon Holtan's Notice Regarding Local Rule 47, ECF No. 148, and Plaintiff Mark Edward Nieters's response, ECF No. 149. The parties' filings indicate a witness who testified on behalf of Neiters during the August 19 through August 22, 2024 jury trial in this matter—Rekha Basu—discussed the trial with jurors. ECF No. 148 at 1; ECF No. 149 ¶¶ 2–3.

Local Rule 47 restricts contact with jurors. "Except by leave of court, no party or lawyer, and no other person acting on their behalf, may contact, interview, examine, or question any civil or criminal trial juror or potential trial juror before, during, or after a trial concerning the juror's actual or potential jury service." LR 47. This restriction was addressed by the Court at the conclusion of the jury trial.

The Court requires strict compliance with the Court's local rules. Upon review of Holtan's notice and Nieters's response, the Court finds a show cause hearing is necessary to address the unauthorized contact with jurors relied upon by Attorney Gina Messamer in communication with opposing counsel, whether Nieters and/or his counsel should be held in contempt, and whether sanctions should be imposed. *See* LR 83(f)(3)(B) ("A federal judge may initiate and conduct informal disciplinary proceedings in any appropriate manner, including by the entry of orders (including show cause orders), the conducting of hearings, and the imposition of sanctions."). Sanctions may include, but are not limited to, imposition of attorney fees and costs. *See* LR 1(f).

**IT IS ORDERED** that all counsel of record shall personally appear on Thursday, August 29, 2024, at 11:30 a.m. in the Des Moines courthouse for a hearing to show cause as to why Plaintiff Mark Edward Nieters and/or his counsel should not be held in contempt and why sanctions should not be imposed.

**IT IS SO ORDERED.**

Dated this 26th day of August, 2024.

Rebecca Goodgame Ebinger
UNITED STATES DISTRICT JUDGE