**United States District Court for the Southern District of Iowa**

Presiding: Honorable Rebecca Goodgame Ebinger, U.S. District Judge

Case No. 4:21-cv-00042-RGE-HCA          :  Clerk's Court Minutes – Show Cause Hearing

| Plaintiff(s) | : | Defendant(s) |
|---|---|---|
| Mark Edward Nieters | : | Brandon Holtan |

Plaintiff(s) Counsel: Gina Messamer, Carly Rae Scott

Defendant(s) Counsel: Luke DeSmet, Michelle Mackel-Wiederanders

Court Reporter: Karla Ray          :  Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|

Proceedings:

Court and counsel are present for a hearing regarding ORDER Setting Show Cause Hearing, CM/ECF [150]. Plaintiff counsel makes a record regarding Notice, CM/ECF [147] filed on August 26, 2024. Court holds colloquy with plaintiff counsel. Court holds colloquy with defense counsel. Court makes a record regarding Local Rule 47; Contact with Jurors. Court finds plaintiff counsel violated Local Rule 47 and admonishes plaintiff counsel. Plaintiff counsel to present a 30-minute CLE at the December Federal Practice Seminar on the local rules and the need to comply with orders of the Court.

Court in recess.

Time Start: 11:28 AM

Time End:  12:02 PM

Date: August 29, 2024

/s/ Penny Luthens

Deputy Clerk