IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MARK EDWARD NIETERS,<br>    Plaintiff,<br><br>v.<br><br>BRANDON HOLTAN, in his individual and official capacity, as a law enforcement officer with the City of Des Moines,<br><br>    Defendant. | Case No. 4-21-cv-00042<br><br>RULE 68 OFFER OF JUDGMENT |

To:   Gina Messamer
      Parrish Kruidenier
      2910 Grand Avenue
      Des Moines, Iowa 50312

   Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant hereby offers to allow judgment to be entered in this action in the amount of $100,000 with respect to all of the Plaintiff's claims for relief.  This shall be the total amount to be paid by Defendant on account of any liability claimed in this action, including all costs of suit and attorneys' fees otherwise recoverable in this matter, by the Plaintiff.

   This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68 and is not to be construed as an admission that Defendant is liable in this action or that the Plaintiff has suffered any damage.

   This Offer of Judgment is being filed pursuant to an agreement of the parties that has been read into the record before the United States District Court for the Southern District of Iowa on August 21, 2024. The Court directed this this Offer of Judgment to be filed upon the Des Moines City Council's approval of the settlement agreement. The City Council voted on September 16, 2024 to approve the settlement.

                              Respectfully submitted,

                              /s/ Michelle Mackel-Wiederanders
                              Michelle Mackel-Wiederanders

                              /s/ Luke DeSmet
                              Luke DeSmet
                              400 Robert D. Ray Drive
                              Des Moines, IA  50309-1891

Telephone: (515) 283-4537
E-Mail: MRMackel@dmgov.org
LMDesmet@dmgov.org

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 17, 2024, I electronically mailed the foregoing to counsel at the emails below and also mailed by U.S. Post to the addresses listed below.

To:   Gina Messamer
      Parrish Kruidenier
      2910 Grand Avenue
      Des Moines, Iowa 50312
      gmessamer@ParrishLaw.com

/s/Michelle Mackel-Wiederanders
Michelle Mackel-Wiederanders
Assistant City Attorney