IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MARK EDWARD NIETERS,<br><br>　　Plaintiff,<br><br>v.<br><br>BRANDON HOLTAN,<br><br>　　Defendant. | No. 4:21-cv-00042-RGE-HCA<br><br>ORDER |

Now before the Court is Defendant Brandon Holtan's Rule 68 Offer of Judgment. ECF No. 154. Plaintiff Mark Edward Nieters did not respond.

Holton's filing "offers to allow judgment to be entered in this action in the amount of $100,000 with respect to all of [Nieters]'s claims for relief." *Id.* at 1. Although Nieters made a record in open court on August 22, 2024, indicating he intended to accept Holton's offer of judgment, Nieters has failed to do so in writing in response to Holton's Rule 68 Offer of Judgment. The Court cannot enter judgment with respect to Nieters's claims on the record currently before it.

By no later than October 11, 2024, Nieters is ordered to file 1) a response to Holtan's Rule 68 Offer of Judgment indicating his acceptance or rejection of the offer and 2) if appropriate, any additional closing documents.

**IT IS SO ORDERED.**

Dated this 3rd day of October, 2024.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE