# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

Mark Edward Nieters

                                            **CIVIL NUMBER:**  4:21-cv-00042-RGE-HCA

                Plaintiff(s),

v.                                      **JUDGMENT IN A CIVIL CASE**

Brandon Holtan

                Defendant(s),

      **PURSUANT** to Federal Rule of Civil Procedure 68(a), Defendant's Offer of judgment was accepted by the Plaintiff.

      **JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff in the amount of $100,000.00. Each party responsible for their own costs.

Date: October 7, 2024

                                                CLERK, U.S. DISTRICT COURT

                                                /s/ S. Lancaster

                                                By: Deputy Clerk